UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| YOVONNE L GARDNER-ANDERSON, | Civil No.  3:11-cv-05832-KLS |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

  Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ will conduct a de novo hearing.  The ALJ will make a new determination as to Plaintiff's disability taking all evidence into account, and issue a new decision.  Upon proper application, Plaintiff shall be entitled to reasonable attorney's fees under the terms of the Equal Access to Justice Act, 28 U.S.C. § 2412 et seq.

Page 1  ORDER - [3:11-cv-05832-KLS]

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g), with a remand of the cause to the Commissioner for further proceedings.

DATED this 8th day of February, 2012.

Karen L. Strombom
United States Magistrate Judge

Presented By:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA  98104-7075
Telephone:  (206) 615-2522
Fax:  (206) 615-2531
david.burdett@ssa.gov