UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| YOVONNE L GARDNER-ANDERSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:11-cv-05832-KLS<br><br><br><br>JUDGMENT |

IT IS ORDERED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on February 8, 2012. JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 8th day of February, 2012.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Page 1     JUDGMENT - [3:11-cv-05832-KLS]